Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 14−10855−RG
                Chapter: 13
                Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jerome A. Ricciardi
   aka Dr. Jerome A. Ricciardi DPM
   5 Aspen Drive
   Caldwell, NJ 07006

Social Security No.:
   xxx−xx−0655

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:     8/30/16
Time:    10:00 AM
Location:   Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Mark Goldman, Debtor's Attorney

COMMISSION OR FEES
Fee: 1215.19

EXPENSES
$0.00

Creditors may be heard before the applications are determined.

     In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: August 10, 2016
JJW:

James J. Waldron
Clerk

Case 14-10855-RG    Doc 48    Filed 08/12/16    Entered 08/13/16 00:26:07    Desc Imaged
Certificate of Notice    Page 2 of 4

```
                             United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                    Case No. 14-10855-RG
Jerome A. Ricciardi                                                       Chapter 13
         Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                  Page 1 of 2                  Date Rcvd: Aug 10, 2016
                               Form ID: 137                 Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2016.
db             +Jerome A. Ricciardi,    5 Aspen Drive,    Caldwell, NJ 07006-4555
514477571     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    Po Box 982235,    El Paso, TX 79998)
514477573      +Capital 1 Bank,    Pob 30281,    Salt Lake City, UT 84130-0281
514477572      +Capital 1 Bank,    Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
514477576      +Lexus Financial Services,    P.O. Box 4102,    Carol Stream, IL 60197-4102
514477577      +Medco Surgical Supply Service,    500 Fillmere Avenue,    Tonawanda, NY 14150-2509
514523593      +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
514477582      +PNC Bank,    P.O. Box 747032,    Pittsburgh, PA 15278-0001
514477579      +Parker McCay, P.A.,    9000 Midlantic Drive,    Ste. 300,    Mount Laurel, NJ 08054-1539
514477581      +Pnc Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
514550162      +Santander Bank, NA,    3 Huntington Quadrangle, Ste 101N,    Melville, NY 11747-4623
514507596     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Lexus Financial Services,    PO BOX 8026,
                Cedar Rapids, Iowa 52408-8026)
514477595      +Toyota Motor Credit/ Lexus,    Financial Services,    P.O. Box 4102,
                Carol Stream, IL 60197-4102
514477596      +Toyota Motor Credit/Lexus Financial,    Services,    P.O. Box 8026,    Cedar Rapids, IA 52408-8026
514477597      +Vincent LaQuaglia,    715 Jersey Avenue,    Elizabeth, NJ 07202-1627

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 10 2016 22:14:48     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 10 2016 22:14:46     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
cr             +E-mail/Text: bnc@atlasacq.com Aug 10 2016 22:14:11     ATLAS ACQUISITIONS LLC,    294 Union St.,
                Attn: Avi Schild,    Hackensack, NJ 07601-4303
514769910      +E-mail/Text: bankruptcy@cavps.com Aug 10 2016 22:15:02     Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
514477574      +E-mail/Text: electronicbkydocs@nelnet.net Aug 10 2016 22:14:50     Dept Of Education/neln,
                121 S 13th St,    Lincoln, NE 68508-1904
514556729       E-mail/PDF: gecsedi@recoverycorp.com Aug 10 2016 22:12:20     GE Capital Retail Bank,
                c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
514477575      +E-mail/Text: camanagement@mtb.com Aug 10 2016 22:14:35     Hudson City Savings Ba,
                Hudson City Savings Bank,    80 W Century Road,    Paramus, NJ 07652-1478
514524398      +E-mail/Text: camanagement@mtb.com Aug 10 2016 22:14:35     Hudson City Savings Bank,
                West 80 Century Road,    Paramus, NJ 07652-1478
515956025      +E-mail/Text: camanagement@mtb.com Aug 10 2016 22:14:35     M&T Bank, et al,    c/o M&T Bank,
                Mortgage Payment Processing,    One Fountain Plaza, 7th Floor,    Buffalo, NY 14203-1420,
                M&T Bank, et al
515956024      +E-mail/Text: camanagement@mtb.com Aug 10 2016 22:14:35     M&T Bank, et al,    c/o M&T Bank,
                Mortgage Payment Processing,    One Fountain Plaza, 7th Floor,    Buffalo, NY 14203-1420
514477578       E-mail/Text: electronicbkydocs@nelnet.net Aug 10 2016 22:14:50     Nelnet Education Financing,
                P.O. Box 82561,    Lincoln, NE 68501-2561
514477588      +E-mail/PDF: pa_dc_claims@navient.com Aug 10 2016 22:11:43     Sallie Mae,    Po Box 9500,
                Wilkes Barre, PA 18773-9500
514736627       E-mail/PDF: pa_dc_claims@navient.com Aug 10 2016 22:12:04     Sallie Mae,    P.O. Box 9640,
                Wilkes-Barre, PA 18773-9640
514477584      +E-mail/PDF: pa_dc_claims@navient.com Aug 10 2016 22:12:23     Sallie Mae,    Po Box 9655,
                Wilkes Barre, PA 18773-9655
514477583      +E-mail/PDF: pa_dc_claims@navient.com Aug 10 2016 22:12:07     Sallie Mae,
                Attn: Claims Department,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
514524124       E-mail/PDF: pa_dc_litigation@navient.com Aug 10 2016 22:12:24
                Sallie Mae Inc. on behalf of USAF,    Attn: Bankruptcy Litigation Unit E3149,    P.O. Box 9430,
                Wilkes-Barre, PA 18773-9430
514477590      +E-mail/Text: cop@santander.us Aug 10 2016 22:14:40     Sovereign Bank,
                1130 Berkshire Blvd 3rd Floor,    Wyomissing, PA 19610-1242
514477591      +E-mail/Text: cop@santander.us Aug 10 2016 22:14:40     Sovereign Bank,    P.O. Box 841002,
                Boston, MA 02284-1002
                                                                                                TOTAL: 18

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514477580*     +Parker McCay, P.A.,    9000 Midlantic Drive,    Ste. 300,    Mount Laurel, NJ 08054-1539
514477589*     +Sallie Mae,    Po Box 9500,    Wilkes Barre, PA 18773-9500
514477585*     +Sallie Mae,    Po Box 9655,    Wilkes Barre, PA 18773-9655
514477586*     +Sallie Mae,    Po Box 9655,    Wilkes Barre, PA 18773-9655
514477587*     +Sallie Mae,    Attn: Claims Department,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
514477594*    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Co,    4 Gatehall Dr Ste 350,
                Parsippany, NJ 07054)
```

```
District/off: 0312-2           User: admin                    Page 2 of 2                  Date Rcvd: Aug 10, 2016
                               Form ID: 137                   Total Noticed: 33

              ***** BYPASSED RECIPIENTS (continued) *****
514477592*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:    Toyota Motor Credit Co,    Toyota Financial Services,    Po Box 8026,
                  Cedar Rapid, IA 52408)
514477593*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:    Toyota Motor Credit Co,    Toyota Financial Services,    Po Box 8026,
                  Cedar Rapid, IA 52408)
                                                                                             TOTALS: 0, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2016 at the address(es) listed below:
              Brian E Caine     on behalf of Creditor    HUDSON CITY SAVINGS BANK bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Brian E Caine     on behalf of Creditor    M&T Bank, et al bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Clifford B. Frish     on behalf of Debtor Jerome A. Ricciardi yrodriguez@goldmanlaw.org,
               cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
              Denise E. Carlon     on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lynn Therese Nolan     on behalf of Creditor    Toyota Lease Trust LNolan@schillerknapp.com,
               tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com;kcollins@schillerknapp.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Mark Goldman     on behalf of Debtor Jerome A. Ricciardi yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
                                                                                             TOTAL: 7
```