UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

Order Filed on March 14, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

JEROME A. RICCIARDI

Case No.:  14-10855

Judge:  ROSEMARY GAMBARDELLA

**ORDER ON TRUSTEE'S MOTION TO STOP DISBURSEMENT ON PROOF OF CLAIM**

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: March 14, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Case No.:  14-10855RG

Caption of Order:  Order On Trustee's Motion to Stop Disbursement On Proof Of Claim

ORDERED, that the claim of PNC BANK, Court Claim Number 3, be reduced to amount of $0 , the amount paid to date through the plan by the Standing Trustee.

Case 14-10855-RG    Doc 55    Filed 03/17/18    Entered 03/18/18 00:32:37    Desc Imaged
Certificate of Notice    Page 2 of 3
Debtor(s): JEROME A. RICCIARDI

2

United States Bankruptcy Court
District of New Jersey

In re:  
Jerome A. Ricciardi  
    Debtor

Case No. 14-10855-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Mar 15, 2018  
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2018.  
db         +Jerome A. Ricciardi,    5 Aspen Drive,    Caldwell, NJ 07006-4555

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2018                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2018 at the address(es) listed below:

              Brian E Caine    on behalf of Creditor    HUDSON CITY SAVINGS BANK bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
              Brian E Caine    on behalf of Creditor    M&T Bank, et al bcaine@parkermccay.com, BKcourtnotices@parkermccay.com  
              Clifford B. Frish    on behalf of Debtor Jerome A. Ricciardi yrodriguez@goldmanlaw.org, cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
              Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
              Lynn Therese Nolan    on behalf of Creditor    Toyota Lease Trust ecfnotices@grosspolowy.com, jbommelje@grosspolowy.com  
              Marie-Ann Greenberg    magecf@magtrustee.com  
              Mark Goldman    on behalf of Debtor Jerome A. Ricciardi yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
                                                                                                                                TOTAL: 7